```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RAFIA LAWAL,                                                :
                                    Plaintiff,              :
                                                            :   22 Civ. 5837 (LGS)
                  -against-                                 :
                                                            :   ORDER
DL1961 PREMIUM DENIM, INC.,                                 :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 1, 2022, required the parties to file a proposed case management plan and joint letter by September 7, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for September 14, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **September 9, 2022, at 3:00 P.M.**

Dated: September 8, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**