UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFIA LAWAL,

                    Plaintiff,

       -against-

DL1961 PREMIUM DENIM, INC.,

                Defendant.

1:22-cv-05837 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      ORDERED that, within thirty (30) days of the date of this Order, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

      IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of the date of this Order), the parties must submit a joint letter informing the Court whether the parties have settled.  If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or proceed with a status conference.

      This Order has no effect on the briefing schedule for the pending motion to dismiss in this action.  *See* ECF No. 19.  The parties are reminded that, pursuant to the Court's Order dated August 17, 2022 (ECF No. 11), Plaintiff shall file its opposition to the motion to dismiss the operative complaint by October 4, 2022 and Defendant shall file a reply by October 11, 2022.

Dated:  October 3, 2022
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge