IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RAFIA LAWAL, on behalf of herself and all others similarly situated,

                Plaintiff,

-v-

DL1961 PREMIUM DENIM, INC.,

                Defendant.

Civil Case Number: 1:22-cv-05837-JLR

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:    December 27, 2022

_/s/ Yitzchak Zelman_                                _/s/ Patrick Papalia_

Yitzchak Zelman, Esq.                     Patrick Papalia, Esq.
MARCUS & ZELMAN, LLC            ARCHER & GREINER, P.C.
701 Cookman Avenue, Suite 300      21 Main Street, Suite 353
Asbury Park, NJ 07712                  Hackensack, NJ 07601
Tel: (732) 695-3282                      Tel: (201) 342-6000
Email: yzelman@marcuszelman.com   Email: ppapalia@archerlaw.com

*Attorneys for Plaintiff*                *Attorneys for Defendant*
*Rafia Lawal*                              *DL1961 Premium Denim, Inc.*