IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**RAFIA LAWAL, on behalf of herself and all others similarly situated,**

                **Plaintiff,**

-v-

**DL1961 PREMIUM DENIM, INC.,**

                **Defendant.**

Civil Case Number: 1:22-cv-05837-JLR

**[~~PROPOSED~~] DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 27, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-05837-JLR**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS  27  day of December 2022.**

_Jennifer Rochon_
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE